# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 01, 2013

Eileen O'Connor
Pillsbury Winthrop Shaw Pittman, LLP
2300 N. Street, NW
Washington, DC 20037

    No. 12-20804,   USA v. Finley Hilliard, et al
        USDC No. 4:10-CV-2812

Dear Counsel:

The following pertains to your electronically filed appearance form.

No signature on appearance form.

        Sincerely,

        LYLE W. CAYCE, Clerk

By: /s/ Majella A. Sutton
Majella A. Sutton, Deputy Clerk
504-310-7793