# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 18, 2013

Mr. Michael P. Corry
Briney Foret Corry
413 Travis Street
Suite 200
Lafayette, LA 70503-2459

    No. 13-30332,   Kane Marceaux, et al
                           v.
        Lafayette City-Parish Con Govt, et al
           USDC No. 6:12-CV-1532

The following pertains to your brief electronically filed on June 18, 2013, that must be made sufficient **within five days**.

**You need to correct or add**:

Title on the brief does not agree with the title of the case in compliance with FED. R. APP. P. 32(a)(2)(C).(See below)

Once you have prepared your sufficient brief, you must email it to: **Misty_Lisotta@ca5.uscourts.gov** for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _/s/ Misty Lisotta_____
                            Misty L. Lisotta, Deputy Clerk
                            504-310-7716

cc:  Mr. John Christopher Alexander Sr.
     Mr. Patrick J. Briney
     Ms. Hallie Pilcher Coreil
     Mr. Stanley Stephen Spring II

*Case Caption*

KANE MARCEAUX; GREG CORMIER; SCOTT POIENCOT; GABRIEL THOMPSON; NORBERT MYERS; NOVEY STELLY; ULETOM P. HEWITT; REGINA BRISCOE; ALEETA M. HARDING; GUS SANCHEZ; ROBERT POLANCO; KENCIL D. JOSEPH; DONALD CEASAR; PAUL TAYLOR, JR.; RACHEL ROBERTS,

    Plaintiffs-Appellants

vs.

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; CITY POLICE OF LAFAYETTE; LESTER JOSEPH DUREL, JR., IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY; JAMES P. CRAFT; GEORGE JACKIE ALFRED,

    Defendants-Appellees