# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| ARMANDO ARMENDARIZ, § <br> YVETTE ARMENDARIZ, and § <br> HECTOR ARMENDARIZ, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> DAVID CHOWAIKI, § <br> HILEL CHOWAIKI, § <br> LEON ERNEST GLUCK, § <br> GENECO, LLC, § <br> COREY HAUGLAND, § <br> JAMES & HAUGLAND, P.C., § <br> DHC REALTY, LLC, § <br> CHOWAIKI HOLDINGS, LLC, § <br> EL PASO DHC ENTERPRISES, LLC, § <br> EL PASO DHC ENTERPRISES FAR EAST, LLC, § <br> EL PASO DHC ENTERPRISES WEST, LLC, § <br> DHC GENPAR, LLC, § <br> DHC RALNER, LLC, § <br> ABRAHAM CHOWAIKI, and § <br> NADIA NAHMAD, § <br> § <br> Defendants. § | CAUSE NO. 3:14-cv-00451-KC |

## PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**TO THE HONORABLE DISTRICT COURT JUDGE KATHLEEN CARDONE:**

**NOW COME**, Armando Armendariz, Yvette Armendariz, and Hector Armendariz (hereinafter referred to as "Appellants" and/or "Plaintiffs"), Plaintiffs in the instant case, by and through the undersigned counsel, and hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the "Order" (ECF# 75) (hereinafter referred to as the "Order"), and "Final Judgment" (ECF# 76) (hereinafter referred to as the "Final Judgment"), of the United States

District Court for the Western District of Texas, signed, filed, and entered in the instant case on March 31, 2016.[1] Plaintiffs also hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the text order denying "Plaintiffs' Motion For Reconsideration" (ECF# 83), of the United States District Court for the Western District of Texas, filed and entered in the instant case on June 15, 2016.

The names and addresses of the parties to the Order and Final Judgment appealed from, and/or the name and address of their attorney, are as follows:

**ATTORNEY FOR ALL DEFENDANTS:**
Corey Haugland
James & Haugland, P.C.
P.O. Box 1770
El Paso, Texas 79949

July 15, 2016

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
Attorneys and Counselors At Law
P.O. Box 12247
El Paso, Texas 79913
Telephone: (915) 584-8000
Facsimile:  (915) 584-8024
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for Plaintiffs

---

[1] Under Rule 4(a)(4)(A)(iv) of the Federal Rules of Appellate Procedure, following the filing of "Plaintiffs' Motion For Reconsideration" (ECF# 83), the deadline to appeal the Order and Final Judgment did not begin to run until after the Court disposed of the last remaining motion in the instant case, on June 15, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT** was served either by electronic means as listed on the Court's ECF noticing system, or by regular first class mail, postage prepaid, to the following parties in interest, on or before July 15, 2016:

**ATTORNEY FOR DEFENDANTS:**
Corey Haugland
James & Haugland, P.C.
P.O. Box 1770
El Paso, Texas 79949

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**