IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, *et al.*,

    Plaintiffs-Appellees,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants-Appellants.

No. 16-11534

**DEFENDANTS-APPELLANTS' NOTICE OF WITHDRAWAL OF
MOTION FOR PARTIAL STAY PENDING APPEAL
AND JOINT MOTION TO CANCEL ORAL ARGUMENT**

Defendants-appellants' motion for partial stay pending appeal is currently scheduled for oral argument before this Court on February 14, 2017.

Defendants-appellants hereby withdraw their pending November 23, 2016 motion for partial stay pending appeal. The parties jointly move to remove from the Court's calendar the February 14, 2017 oral argument currently scheduled for that motion. The parties are currently considering how best to proceed in this appeal.


Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>  Attorney General of Texas | CHAD A. READLER<br>  Acting Assistant Attorney General |
| JEFFREY C. MATEER<br>  First Assistant Attorney General | AUGUST E. FLENTJE<br>  Special Counsel to the Assistant<br>    Attorney General |
| /s/ Scott A. Keller  (by permission)<br>SCOTT A. KELLER<br>  Solicitor General | MARK B. STERN<br>MARLEIGH D. DOVER<br>/s/ Jeffrey E. Sandberg |
| JOSEPH D. HUGHES<br>  Assistant Solicitor General | JEFFREY E. SANDBERG<br>THAIS-LYN TRAYER |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, TX  78711-2548<br>(512) 936-1700 | Attorneys, Civil Division, Appellate Staff<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Room 7214<br>Washington, DC  20530<br>(202) 532-4453 |
| *Counsel for Plaintiffs-Appellees*<br> *State of Texas et al.* | *Counsel for Defendants-Appellants*<br> *United States of America, et al.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in this case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Jeffrey E. Sandberg</u>
Jeffrey E. Sandberg
Attorney, U.S. Department of Justice
Civil Division, Appellate Staff

*Counsel for the United States of America, et al.*