

October 10, 2017

**VIA ECF**
Lyle Cayce
Clerk of the Court
United States Court of Appeals
Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:    *United States ex rel Harman v. Trinity Industries, Inc., et al ("Trinity")*

Dear Mr. Cayce:

    Appellee Joshua Harman hereby requests a 14-day extension to file a motion for *en banc* consideration and petition for rehearing of the decision in the above entitled matter that was rendered on September 29, 2017. We are also requesting that the mandate be stayed until the resolution of our *en banc*/rehearing motion. The mandate is currently scheduled to issue on October 20, 2017 and the en banc/rehearing motion is currently due by October 13, 2017.

    Good cause exists for the 14-day extension. Significantly, the decision in the above action overturns a jury verdict and poses substantial issues that require detailed analysis and research. I am lead counsel in the above appeal, but am unavoidably engaged in preparing for an oral argument this week in the Second Circuit Court of Appeals, and have a class certification hearing in another case scheduled later this week. For this reason, we respectfully request an extension to file the *en banc*/rehearing motion in this action until October 27, 2017.

                                                    Respectfully submitted,

                                                   George F. Carpinello

GFC/slb

cc via ECF:

    Opposing Counsel